UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA**,** <br><br>        Plaintiff, <br><br>    **v.** <br><br> SCOTT E. SMITH, <br><br>        Defendant, | Case No. 3:02-cv-04356-LB <br><br> **ORDER OF CONDITIONAL DISMISSAL** |

Given the parties' resolution of their case at ECF No. 23, the court orders that the case be dismissed without prejudice. If any party certifies to the court within **90** days (with proof of service on the opposing party) that the terms have not been satisfied, then this case will be restored to the calendar to be set for further proceedings on the writ. If no certification is filed, then after 90 days, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: December 9, 2015

_____
LAUREL BEELER
United States Magistrate Judge

ORDER (No. 3:02-cv-04356-LB)